[Crim. No. 2206. In Bank.—February 24, 1919.]

## THE PEOPLE, Respondent, v. JOE ROGERS, Appellant.

CRIMINAL LAW—MURDER—CHALLENGE OF JUROR—CONSCIENTIOUS OPINION RELATIVE TO CAPITAL PUNISHMENT.—The judgment and order denying a new trial are affirmed upon the authority of *People* v. *Rollins, ante,* p. 793

APPEAL from a judgment of the Superior Court of Tuolumne County, and from an order denying a new trial. . G. W. Nicol, Judge. Affirmed.

The record and the points made for reversal are the same as those made in the case of *People* v. *Rollins, ante,* p. 793, [179 Pac. 209].

J. T. B. Warne, for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

THE COURT.—This is an appeal by defendant from a judgment pronounced on a conviction of murder in the first degree, and from an order denying his motion for a new trial.

The record is in all material respects the same as that in *People* v. *Rollins, ante,* p. 793, [179 Pac. 209]. The defendant and said Rollins were jointly engaged in the robbery of one Allen, and in the perpetration of that robbery killed Allen. The points made for reversal are the same as those made in that case. For the reasons stated in the opinion therein those points must be held to be without merit. Examination of the record discloses no ground for reversal.

The judgment and order denying a new trial are affirmed.

Melvin, J., Shaw, J., Sloss, J., Wilbur, J., Lawlor, J., Lennon, J., and Angellotti, C. J., concurred.